# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DENNIS KENNEY, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-27 |
| v. | * | |
| WARDEN T. JOHNS; ROBYN CROSS; E. LAWSON; and OFFICER FNU BRAZEALE, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow the Court's directives and failure to prosecute. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

SO ORDERED, this 13 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)